UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) CRIM. ACTION NO. 4:17-cr-0291-04<br>)<br>) (BRANN, D.J.) |
| v. | )<br>) (ARBUCKLE, M.J.) |
| RAYMOND HOWARD,<br>Defendant | )<br>) |

## ORDER

For the reasons set fourth in the accompanying Memorandum, Defendant Raymond Howard's Second Motion for Bail (Doc. 203) is DENIED.

Date: August 15, 2019

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge