UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:17-CR-291-4 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| RAYMOND HOWARD, | ) | |
| Defendant | ) | |

### ORDER

In accordance with the accompanying Memorandum, it is ORDERED that:

(1) Defendant Howard's Third Motion for Bail (Doc. 239) is DENIED without prejudice.

(2) Defendant Howard's Fourth Motion for Bail (Doc. 283) is DENIED without prejudice.

Date: April 16, 2020

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge